**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROHIT ROHIT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2115-R** |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Rohit Rohit, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred the Petition to United States Magistrate Judge Shon T. Erwin, who Recommended that the Court grant in part Mr. Rohit's petition and order a bond hearing pursuant to 8 U.S.C § 1226(a). No one objected. So the Court ADOPTS Judge Erwin's R&R.

Accordingly, the Court GRANTS in PART the Petition for Writ of Habeas Corpus, Doc. No. 1, and directs Respondents to provide Mr. Rohit with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 24th day of November 2026.

David L. Russell
**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**